# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-15-640-F |
| | ) | |
| REAL PROPERTY LOCATED AT 8201 GLADE AVENUE, OKLAHOMA CITY, OKLAHOMA 73132, et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-15-963-F |
| | ) | |
| $11,250.27 IN UNITED STATES CURRENCY, SEIZED FROM FIRST FIDELITY BANK, ACCOUNT NUMBER XXXXXX5904, HELD IN THE NAME OF JOHNNY ENTERPRISES, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-15-1056-F |
| | ) | |
| 82 BOXES ASSORTED DRUG PARAPHERNALIA, VALUED AT: $330,455.50, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the court are the United States' Motion to Strike the Amended Verified Claim and Statement of Interest for Xiang Yu Ren aka Johnny Ren as Bailee for Wei Yu Ren aka Wendy Ren (doc. no. 77) and the United States' Motion to Strike the Amended Verified Claim Filed by Xiang Yu Ren aka Johnny Ren (doc. no. 78). Claimant Xiang Yu Ren aka Johnny Ren has responded to the motions and the time for reply has expired. Upon due consideration, the court finds that the motion should be granted.

In its February 9, 2019 order (doc. no. 69), the court resolved the issue of whether the fugitive disentitlement doctrine codified in 28 U.S.C. § 2466 applies to Johnny Ren. The court concluded that the doctrine applied and based on its application, the court, exercising its discretion, concluded that Johnny Ren was disallowed "from using the resources of the court in furtherance of a claim" and that he "[did] not have standing to assert a claim in this civil forfeiture proceeding." *Id*. at p. 4. In light of the court's previous ruling and with no sufficient basis to reconsider that ruling, the court finds that Johnny Ren lacks standing to assert a claim in this civil forfeiture proceeding, and, therefore, the court concludes that his previously-filed amended claims should be stricken.

Accordingly, the United States' Motion to Strike the Amended Verified Claim and Statement of Interest for Xiang Yu Ren aka Johnny Ren as Bailee for Wei Yu Ren aka Wendy Ren (doc. no. 77) and the United States' Motion to Strike the Amended Verified Claim Filed by Xiang Yu Ren aka Johnny Ren (doc. no. 78) are **GRANTED**.

The Amended Verified Claim and Statement of Interest for Xiang Yu Ren aka Johnny Ren (doc. no. 40), filed June 25, 2018, is **STRICKEN**. The Amended Verified Claim and Statement of Interest for Xiang Yu Ren aka Johnny Ren as Bailee

for Wei Yu Ren aka Wendy Ren (doc. no. 42), filed June 25, 2018, are also **STRICKEN**.

DATED this 28th day of January, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-1056p023.docx